**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| **UNWIRED GLOBAL SYSTEMS LLC,** | |
| **Plaintiff,** | **Civil Action No: 6:23-cv-00724-JKP** |
| v. | **PATENT CASE** |
| **KALKI COMMUNICATION TECHNOLOGIES PRIVATE LIMITED,** | **JURY TRIAL DEMANDED** |
| **Defendant.** | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant Kalki Communication Technologies Private Limited states that it is an Indian corporation and no publicly held corporation owns 10% or more of its stock.

Dated: October 27, 2023                             Respectfully submitted,

By: */s/ Lance E. Wyatt*
Neil J. McNabnay
Texas Bar No. 24002583
mcnabnay@fr.com
Lance E. Wyatt
Texas Bar No. 24093397
wyatt@fr.com
Adil Shaikh
Texas Bar No. 24117039
shaikh@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone (214) 747-5070
Facsimile (214) 747-2091

**COUNSEL FOR DEFENDANT
KALKI COMMUNICATION TECHNOLOGIES
PRIVATE LIMITED**

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record were electronically served with a copy of the foregoing on October 27, 2023, via the Court's CM/ECF system.

*/s/ Lance E. Wyatt*
Lance E. Wyatt