IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **UNWIRED GLOBAL SYSTEMS LLC,** | Case No. 6:23-cv-00724-JKP |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **KALKI COMMUNICATION TECHNOLOGIES PRIVATE LIMITED,** | |
| Defendant. | |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Unwired Global Systems LLC ("Plaintiff") and Defendant Kalki Communication Technologies Private Limited ("Defendant") hereby stipulate to dismiss all claims against Defendant WITH PREJUDICE and all counterclaims against Plaintiff WITHOUT PREJUDICE.

Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: October 30, 2023

Respectfully submitted,

/s/ Isaac Rabicoff
Isaac Rabicoff
Rabicoff Law LLC
600 Mamaroneck Ave STE 400
Harrison, NY 10528
7736694590
isaac@rabilaw.com

**Counsel for Plaintiff**
**Unwired Global Systems LLC**

1

<u>/s/ *Lance Wyatt*</u>
Lance Wyatt
Texas Bar No. 24093397
Neil J. McNabnay
Texas Bar No. 24002583
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)
wyatt@fr.com
mcnabnay@fr.com

**Counsel for Defendant**
**Kalki Communication Technologies Private**
**Limited**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on October 30, 2023 via the Court's CM/ECF system.

<u>/s/ Isaac Rabicoff</u>
Isaac Rabicoff