# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **UNWIRED GLOBAL SYSTEMS LLC,** | Case No. 6:23-cv-00724-JKP |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **KALKI COMMUNICATION TECHNOLOGIES PRIVATE LIMITED,** | |
| Defendant. | |

### ORDER GRANTING JOINT STIPULATION OF DISMISSAL

The request to dismiss all claims against Defendant Kalki Communication Technologies Private Limited WITH PREJUDICE and all counterclaims against Plaintiff Unwired Global Systems LLC WITHOUT PREJUDICE is hereby GRANTED.

Each party shall bear its own costs, expenses, and attorneys' fees.

**SIGNED** this day____ of_____ 2023.

_____
Hon. Jason K. Pulliam
UNITED STATES DISTRICT JUDGE